UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 97-41068
Summary Calendar

**JAMES FAGAN,**

**Plaintiff-Appellant,**

**versus**

**LUCINDA L. CONRAD; TOMMY E. THOMAS, Officer at
Michael Unit; BILLY J. SCARBOROUGH, Officer at
Michael Unit,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-61**

_____

June 30, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    James Fagan, Texas prisoner #404390, appeals the magistrate judge's adverse summary judgment, dismissing his 42 U.S.C. § 1983 action. Fagan contends, *inter alia,* that the defendants were deliberately indifferent to his serious medical needs (broken jaw) by delaying medical treatment for over two hours.

    Needless to say, we review a summary judgment *de novo*, applying the same standard as the district court. *See **Little v.***

_____

    [*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Liquid Air Corp.*, 37 F.3d 1069, 1075 (5th Cir. 1994)(en banc). Summary judgment is proper where there is no material fact issue and the movant is entitled to judgment as a matter of law. *Id.; see* FED.R.CIV.P. 56(C).

Having reviewed the record and the briefs of the parties, we **AFFIRM** for essentially the reasons stated by the magistrate judge. *Fagan v. Conrad*, No. 6:97-CV61 (E.D. Tex. Aug. 21, 1997). Fagan's motions for a "default judgment" and for appointment of appellate counsel are **DENIED**.

*JUDGMENT AFFIRMED; MOTIONS FOR DEFAULT JUDGMENT AND*

*APPOINTMENT OF COUNSEL DENIED*